USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ELIGIO ARMAS,
               Defendant.

**ORDER**

S2 11 Cr. 1072 (DLC) - 12

Upon the application of Joseph A. Grob, counsel for the defendant Eligio Armas, and upon the consent of the Government,

IT IS HEREBY ORDERED, that the appearance bond for defendant Eligio Armas be modified as follows:

1. The number of financially responsible persons who must co-sign the bond is reduced from 2 financially responsible persons to 1 financially responsible person, and

2. Defendant shall post cash security in the amount of $2500 within 48 hours from entry of this Order on the Court's ECF system.

Dated: September 25, 2012
      New York, New York

SO ORDERED:

_____
U.S.D.J.